UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DIANE CANNON,

              Plaintiff,                        Case No. 1:12-CV-42

v.                                        Hon. Robert J. Jonker

CANTEEN SERVICES OF NORTHERN
MICHIGAN, INC., et al,

              Defendants.

_____/

## ORDER DENYING MOTIONS FOR SANCTIONS

There are pending before the Court three motions for sanctions filed by defendants against the plaintiff. They are as follows:

- Canteen Services of Northern Michigan's (Canteen) Motion for Sanctions Pursuant to Rule 11 for Filing a Frivolous Pleading With The Court (docket no. 51)

- Lake County and the Lake County Sheriff's Motion for Attorneys' Fees and Sanctions Pursuant to 42 U.S.C. § 2000e-5(k) and for Sanctions Pursuant to 28 U.S.C. § 1927 (docket no. 60), and

- Canteen's Motion for Attorneys' Fees and Costs Pursuant to 42 U.S.C. § 2000e-5(k) (docket no. 67).

Both defendants prevailed on motions for summary judgment against plaintiff, which resulted in all claims being dismissed. However, in each instance plaintiff filed a motion for reconsideration and both of those motions are now before the Court. Also before the Court is a Report recommending that relief be granted on both of those latter motions.

Accordingly, further consideration of the motions for sanctions would be premature at this time, and the same are **DENIED** without prejudice.  Defendants may re-submit their motions for sanctions, if they choose, at the conclusion of this matter, either in the same form by simply providing a notice to the Court and opposing counsel, or they may file new motions, as appropriate.

**IT IS SO ORDERED.**


Dated:  March 26, 2014                                    /s/ Hugh W. Brenneman, Jr.
                                                          HUGH W. BRENNEMAN, JR.
                                                          United States Magistrate Judge