UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANE CANNON,

    Plaintiff,

v.

                              CASE NO. 1:12-CV-42

CANTEEN SERVICES OF NORTHERN
MICHIGAN, INC., *et al.*,
                              HON. ROBERT J. JONKER

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is an employment discrimination case arising out of plaintiff's former food service work at the Lake County Correctional Facility ("LCCF"). Defendant Canteen provided food service at the LCCF as an independent contractor. Plaintiff worked at the LCCF but was a direct employee of Defendant Canteen Services, not Defendant Lake County. Plaintiff lost her job at Canteen after Lake County revoked her security clearance. Plaintiff then filed suit against both Canteen and Lake County for racial discrimination in employment under state and federal law. The Court granted each Defendant summary judgment on June 28, 2013, finding that Lake County was not plaintiff's employer in the way asserted by plaintiff, and that the record did not support a claim of race discrimination in the termination decision. The Court did not enter final judgment, however, to permit resolution of pending motions for sanctions. (Those motions have since been denied.) On September 30, 2013, Plaintiff moved for reconsideration of the Court's summary judgment decision in favor of each defendant. This was before entry of final judgment and during the pendency of the sanctions motions. The Court referred the reconsideration motions to the Magistrate Judge for Report and Recommendation. The Magistrate Judge was already familiar with the parties and the record through his work on the sanctions motions, and this Court believed the case--which had